The Honorable Brian A. Tsuchida

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKAGIT COUNTY DIKE, DRAINAGE, & IRRIGATION IMPROVEMENT DIST. NO. 12,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; DEPARTMENT OF COMMERCE; HOWARD LUTNIK in his official capacity as Secretary of Commerce; EMILY MENASHES in her official capacity as the Assistant Administrator for NOAA Fisheries,<br><br>Defendants. | Case No. 2:23-cv-01954-BAT<br><br>ORDER ON JOINT STATUS REPORT & THIRD STIPULATION TO STAY MOTION FOR ATTORNEY FEES AND COSTS |

After reviewing the Parties' Joint Status Report and Third Stipulation to Stay Motion for Attorney Fees and Costs (Dkt. 69), and finding good cause, the Court approves the stipulation.

The Parties agree to continue to stay Skagit County Dike, Drainage, and Irrigation Improvement District No. 12's deadline to file a motion for attorney fees, to the extent it is even triggered at this point, until the resolution of the appeal of the Summary Judgment Order. The

---

ORDER ON JOINT STATUS REPORT & THIRD
STIPULATION TO STAY MOT. FOR ATT'Y FEES
AND COSTS - 1
Case No. 2:23-cv-01954-BAT

1414584



1191 Second Avenue Suite 1800
Seattle, WA 98101-2996
(206) 623-9372

Parties agree to provide a joint status report to the Court within 30 days following the resolution of the appeal to advise the Court on the status of the attorney fee and costs settlement discussion, whether motions practice will be needed, and a proposed schedule for motions practice, if needed.

DATE: May 29, 2025

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON JOINT STATUS REPORT & THIRD
STIPULATION TO STAY MOT. FOR ATT'Y FEES
AND COSTS - 2
Case No. 2:23-cv-01954-BAT
1414584

Van Ness
Feldman LLP

1191 Second Avenue Suite 1800
Seattle, WA 98101-2996
(206) 623-9372