# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKAGIT COUNTY DIKE DRAINAGE AND IRRIGATION IMPROVEMENT DISTRICT NO 12,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL MARINE FISHERIES SERVICE, DEPARTMENT OF COMMERCE, GINA RAIMONDO, JANET COIT,<br><br>          Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:23-cv-01954-BAT |

\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Summary Judgment in favor of Defendants has been entered, Dkt. 64, and the case is accordingly dismissed.

Dated this 9th day of June, 2025.

RAVI SUBRAMANIAN
Clerk of Court

/s/ Andy Quach
Deputy Clerk