# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Western Washington

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:23-cv-01954-BAT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/19/2023

Date of judgment or order you are appealing: 4/28/2025

Docket entry number of judgment or order you are appealing: 64

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Skagit County Dike, Drainage and Irrigation Improvement District No. 12

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number? NA

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number? NA

Your mailing address (if pro se):

NA

City: _____  State: _____  Zip Code: _____

Prisoner Inmate or A Number (if applicable): NA

**Signature** *s/Jenna R. Mandell-Rice*    **Date** June 13, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| Skagit County Dike, Drainage and Irrigation Improvement District No. 12 |

Name(s) of counsel (if any):

| |
|---|
| Jenna Mandell-Rice, Sophia E. Amberson, Tyson C. Kade, Charlene B. Koski |

Address: 1191 2nd Ave., Suite 1800, Seattle, WA 98101

Telephone number(s): (206) 623-9372

Email(s): jrm@vnf.com, samberson@vnf.com, tck@vnf.com, cbk@vnf.com

Is counsel registered for Electronic Filing in the 9th Circuit?     ⦿ Yes     ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| National Marine Fisheries Service, Department of Commerce, Howard Lutnick, Emily Menashes |

Name(s) of counsel (if any):

| |
|---|
| Adam R.F. Gustafson, S. Jay Govindan, Bridget K. McNeil, Rickey D. Turner, Jr. |

Address: 999 18th St., South Terrace, Suite 370, Denver, CO 80202

Telephone number(s): (303) 844-1373

Email(s): rickey.turner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*